IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Hamed Jafarishad and Marzieh Rostamirad,<br><br>Plaintiffs,<br><br>v.<br><br>United States Citizenship and Immigration Services; Pam Bondi; Angelica Alfonso-Royals; Kristi Noem; and Bryan Stirling,<br><br>Defendants. | ) | C/A No.: 4:25-7076-JD-KDW<br><br>ORDER |

On July 11, 2025, Plaintiffs initiated this action against the named Defendants by filing a Petition for Writ of Mandamus (DE 1), which was amended on July 17, 2025 (DE 12). Plaintiffs sought to compel the United States Citizenship and Immigration Services ("USCIS") to adjudicate their respective Form I-485 applications for adjustment of status.

Defendants requested, and were granted, two extensions of time to file a responsive pleading in order to facilitate continued efforts toward resolution of the matter. (DE 23; DE 26.)

On November 3, 2025, Plaintiffs filed a Motion to Dismiss (DE 30), advising that USCIS has since approved their I-485 applications. Plaintiffs assert that, as the relief sought in the Petition has been obtained, the controversy is now moot and dismissal is appropriate. Defendants concur in Plaintiffs' request. (DE 31.)

Pursuant to Federal Rule of Civil Procedure 41(a)(2), an action may be dismissed at the plaintiff's request only by court order and on terms the court deems proper. Unless the order states otherwise, such dismissal is without prejudice. Fed. R. Civ. P. 41(a)(2).

In light of the parties' representations and the approval of Plaintiffs' applications, the Court finds that the issues presented in this case are moot. Accordingly, Plaintiffs' Motion to Dismiss (DE 30) is GRANTED, and this action is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

Joseph Dawson, III
United States District Judge

November 7, 2025
Florence, South Carolina

**NOTICE OF RIGHT TO APPEAL**

The parties are hereby notified of the right to appeal this order within sixty (60) days from this date under Rules 3 and 4 of the Federal Rules of Appellate Procedure.